STATE OF NEW JERSEY v. OLIVER M. HINES.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. CARLOS RAFAEL SAINZ.

June 27, 1986.

Petition for certification granted.   (See 210 *N.J.Super.* 17)

STATE OF NEW JERSEY v. CARLOS RAFAEL SAINZ.

June 27, 1986.

Cross-petition for certification denied.   (See 210 *N.J.Super.* 17)

OLYMPIC INDUSTRIAL PARK, ETC. v. P.L. INC., ETC.

June 27, 1986.

Petition for certification denied.   (See 208 *N.J.Super.* 577)